**Dismiss and Opinion Filed February 15, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-21-01176-CR

## RONALD AUSTIN ROBERSON, Appellant
## V.
## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F20-22365-M

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Myers

On December 30, 2021, appellant filed a notice of appeal in the above case, along with notices of appeal in two companion cases. We abated all three for the appointment of counsel, and the trial court appointed Michal Mowla to represent appellant.

On February 9, 2022 Mr. Mowla filed a letter informing the Court that cause number 05-21-01176-CR (trial court cause number F20-22365-M) was dismissed by the trial court on December 15, 2021. Attached to the letter is a copy of the State's motion to dismiss and the trial court's order dismissing the case.

In light of this, we dismiss this appeal.

/Lana Myers//
LANA MYERS
JUSTICE

211176f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

RONALD AUSTIN ROBERSON,
Appellant

No. 05-21-01176-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F20-22365-M.
Opinion delivered by Justice Myers.
Justices Carlyle and Goldstein
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 15th day of February, 2022.